☑ AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: Joseph Dale Baker
      Pauline Denise Baker
Debtors:

Case No. *17-28521-DSK*

Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) 2526 Bassfield, Memphis, TN 38133      (2) 2526 Bassfield, Memphis, TN 38133

**PLAN PAYMENT:**

Debtor(1) shall pay $ 374.00    ☑ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ PAYROLL DEDUCTION From: Quality Drivers Solutions, 2068 Summer Oaks Dr., Ste 104, Bartlett, TN 38134    OR ( ) DIRECT PAY

Debtor(2) shall pay $ _____ ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From: _____ OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]    ☑ YES    ☐ NO
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**

None

Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
ongoing payment begins _____
Approximate arrearage: _____

Monthly Plan Payment: $ _____

**5. PRIORITY CLAIMS:**

-NONE-      Amount _____    $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:

Bank of America, N.A.    ongoing payment begins January 2018    $1,095.00
   Approximate arrearage: 6,567.42    Interest 0.00    $110.00

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Claim: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Cavalry SPV I, LLC | 3,040.88 | 5.25 | $58.00 |
| SN Servicing Corporation | 4,920.28 | 0.00 | $106.00 |
| Countryside Lake Homeowners Association, | 441.60 | 5.25 | $9.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- | 0.00 | 0.00 | 0.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-     Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| General Sessions Criminal Ct (Class 1) | 467.22 | 0.00 | $94.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

Independent Bank    ☑ Not provided for   OR   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $23,221.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None     ☐ Assumes OR ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

Independent Bank: Debt will be paid outside of the plan as per court order. (Case No. 14-30935-JDL)

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ B. David Sweeney      Date 09/19/2017
B. David Sweeney TN BPR # 012821
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)